UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:  Case No. 10-63446
Chapter 13
Hon. MBM

Steven & Kelli Groth,

                        Debtor.
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@bankruptcymanagementgroup.com
Attorney for Creditor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 667-7445
_____/

## ORDER TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, Michigan Catholic Credit Union said creditor having a validly perfected interest in 1965 Corvette Stingray.

IT IS FURTHER ORDERED that in the event Creditor receives any funds in excess of the balance due and owing to Creditor at the sale, that those funds shall be remitted to the Trustee.

.

Signed on August 31, 2010

                                                        /s/ Marci B. McIvor
                                                        Marci B. McIvor
                                                        United States Bankruptcy Judge